7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Nicholas Lee Cox and Erica Lynn Cox
*Debtor*

*Bankruptcy Case No.*
07–43459–jwv7

**Jerald S. Enslein, Trustee**
    Plaintiff(s)

*Adversary Case No.*
09–04009–jwv

v.

**Nicholas Lee Cox**
**Erica Lynn Cox**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Judgment by Default is hereby awarded and granted and shall be entered in favor of the Trustee and against debtor Erica Lynn Cox only pursuant to Rule 7055 FRBP and Rule 55 FRCP, such that the discharge granted to debtor Erica Lynn Cox in the Order Discharging Debtors (document number 14 of the Docket Report of the Court in the Bankruptcy Case) is hereby revoked (however, that portion of the Order Discharging Debtors pertaining to debtor Nicholas Lee Cox and the discharge granted to him thereunder shall in no way be affected by this Order).

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
    Deputy Clerk



Date of issuance: 8/10/12

Court to serve